UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE GENERAL COUNCIL OF THE ASSEMBLIES OF GOD<br><br>Plaintiff,<br><br>vs.<br><br>THE RANGER SUPPLY STORE, INC.,<br>VALLEY HOMEBUYER SERVICES, INC.,<br>DUSTIN BOLE,<br>KAREN BOLE,<br>ROBERT BOLE,<br>And LINDA BOLE,<br><br>Defendants. | Case No. 1:10-cv-07050<br><br>Judge Amy St. Eve |

___

**MOTION TO STRIKE FILING**
___

Plaintiff The General Council of the Assemblies of God d/b/a Gospel Publishing House ("Assemblies of God"), by and through its attorneys and pursuant to Federal Rules of Civil Procedure 12(f)(2), moves this Court to strike the document filed on December 16, 2010 by Defendants Robert and Linda Bole. In support of this Motion, Plaintiff states as follows:

1. On November 2, 2010, Plaintiff filed its Complaint alleging trademark infringement, counterfeiting, unfair competition and false designation of origin, violation of the anti-cybersquatting consumer protection act, deceptive trade practices, copyright infringement, and breach of written contract by defendants. [Dkt. 1]. The Complaint contained 137 separately numbered paragraphs setting forth Plaintiff's claims and the factual allegations supporting those claims.

2.     The Defendants Robert and Linda Bole were served with the Summons and Complaint on November 18, 2010. [Dkt. 10, 11] making responsive pleadings to the Complaint due on December 9, 2010.

3.     Rather than filing an Answer to the Complaint, the Defendants Robert and Linda Bole sent a letter to the Court dated November 30, 2010, which was and entered on the docket on December 16, 2010.

4.     At best, the letter provides responses to nine of the one hundred and thirty-seven paragraphs of the Complaint, but fails to either admit or deny the remaining paragraphs.

5.     Rule 8(b)(1) of the Federal Rules of Civil Procedure requires that "[i]n responding to a pleading, a party must: (A) state in short and plain terms its defenses to each claim asserted against it; and (B) admit or deny the allegations asserted against it by an opposing party." These denials "must fairly respond to the substance of the allegations." *Id.* at 8(b)(2).

6.     Local Rule 10.1 requires that "[r]esponsive pleadings shall be made in numbered paragraphs each corresponding to and stating a concise summary of the paragraph to which it is directed."

7.     The letter filed by the Defendants Robert and Linda Bole fails to comply with the Federal Rules of Civil Procedure and this Court's Local Rules, and does not provide any response at all with respect to the majority of the Complaint.

8.     Because the Defendants' letter does not provide substantive responses to the Complaint, Plaintiff is unable to identify the Defendants' position with regard to the allegations of the Complaint.

WHEREFORE, Plaintiff Assemblies of God respectfully requests that the Court strike docket entry 17 and order defendants Robert and Linda Bole to file a responsive pleading that complies with the Federal Rules of Civil Procedure and this Court's local rules.

Dated: January 6, 2010

By: */s/ Julianne M. Hartzell*
Gregory J. Chinlund
Julianne M. Hartzell
Maureen Beacom Gorman
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
(312) 474-6300

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on this date, January 6, 2011, the foregoing Plaintiff's Motion to Strike Filing was electronically filed with the Clerk of the Court, United States District Court for the Northern District of Illinois, using the CM/ECF system which will send such filing and notification to all counsel of record.

*/s/ Julianne M. Hartzell*
Julianne M. Hartzell
